IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 10 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

__Jorge Rodriguez Uzueta__, Plaintiff

v.

__Colorado Dept. of Corrections,__

__Arkansas Valley Correctional Facility__

__Lindsay Gouty__,

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff** need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jorge Rodriguez Uzueta    2990 Fascination Cir.
(Name and complete mailing address)   Colo. Springs, CO 80917

(719) 243-4388   servicentrocs@gmail.com
(Telephone number and e-mail address)

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Colorado Dept. of Corrections   1250 Academy Park Loop
(Name and complete mailing address)   Colo. Springs, CO 80910

(719) 226-4569   cdoc@state.co.us
(Telephone number and e-mail address if known)

Defendant 2: Arkansas Valley Correctional Facility   12750 Hwy 96
(Name and complete mailing address)   Ordway, CO 81034

(719) 267-3520
(Telephone number and e-mail address if known)

Defendant 3: Lindsay Gouty   12750 Hwy 96 Ordway, CO 81034
(Name and complete mailing address)

lindsay.gouty@state.co.us   (719) 267-5085
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

____   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ____Colorado____ (name of state or foreign nation).

Defendant 1 has its principal place of business in ____Colorado____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

D.   **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Medical negligence (foot injury)

Supporting facts:

Plaintiff suffered a severe broken foot on 3/8/21, which required surgery within 2 days. Defendants neglected said critical and time sensitive surgery, and waited 31 days before taking Plaintiff to surgery. On 4/9/21, the surgery finally occurred, and on 4/19/21 was returned to the prison. On 4/20/21, the Plaintiff is seen by the surgeon for a follow up. Plaintiff is placed in segregation cell from 4/19/21 to 4/26/21 as if he might have COVID, and suffers "punishment" in segregation as if he had done something wrong.

On 6/30/21, Plaintiff is finally seen by surgeon, and an Xray is taken. No therapy is begun, although surgeon requests that he is to have therapy. Plaintiff files numerous kites requesting therapy. Month after month after month go by and Plaintiff is not given therapy. And on 12/3/21, he is seen by Jaramillo to work in the kitchen. At this point Plaintiff has no ability to walk and has not been provided a wheelchair (or pusher) to take him to the dining hall to eat.

Defendants continued for two years neglecting proper medical care in dealing with Defendants' foot injury, and now has permanent damage and disability. Lindsay Gouty, the medical manager at the facility showed indifference in the matter

4

E. **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

The relief requested by the Plaintiff is monetary "compensation" for pain and suffering due to the (medical) negligence of the Plaintiff's with regards to the foot injury. Furthermore, the relief requested is f punitive monetary compensation for their willful disregard. This behavior on behalf the Defendant's should be sanctioned punitively. The Plaintiff is seeking $3 million dollars in monetary and punitive damages.

F. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Jorge Rodriguez Uzueta (POA)_
(Plaintiff's signature)

_4/8/23_
(Date)

(Revised February 2022)

5